ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                   :

UNITED STATES OF AMERICA          :
                                   :
     - v. -                      :     **INDICTMENT**
                                   :
TREVOR THOMAS BICKFORD,      :     23 Cr. ___

          Defendant.        :

**23 CRIM 091**

- - - - - - - - - - - - - - - - - - x

## COUNT ONE
### (Attempted Murder of Officers and Employees of the U.S. Government)

The Grand Jury charges:

1.     From at least in or about November 2022, up to and including on or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally attempted to kill officers and employees of the United States while such officers and employees were engaged in and on account of the performance of their official duties, and persons assisting such officers and employees in the performance of such duties and on account of that assistance, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, BICKFORD, an adherent of violent Islamic extremism, devoted himself to the mission of waging jihad against the U.S. Government, and to execute that jihadist mission, BICKFORD traveled from Maine to New York City and, on or about December 31, 2022, he brought a machete-style knife to the area of the New

Year's Eve festivities around Times Square in Manhattan, New York, for the purpose of using that knife to kill military-aged men working for the U.S. Government.

(Title 18, United States Code, Section 1114.)

### COUNT TWO
**(Attempted Murder of Officers and Employees of the U.S. Government and Persons Assisting Them – Officer-1)**

The Grand Jury further charges:

2.   On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally attempted to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he attempted to kill a uniformed officer ("Officer-1") from the New York City Police Department ("NYPD") who was on duty working as part of a joint operation between the NYPD and the Federal Bureau of Investigation ("FBI") to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Section 1114.)

## COUNT THREE
**(Attempted Murder of Officers and Employees of the U.S. Government and Persons Assisting Them – Officer-2)**

The Grand Jury further charges:

3.    On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally attempted to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he attempted to kill a second uniformed NYPD officer ("Officer-2") who was on duty working as part of the joint FBI-NYPD operation to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Section 1114.)

## COUNT FOUR
**(Attempted Murder of Officers and Employees of the U.S. Government and Persons Assisting Them – Officer-3)**

The Grand Jury further charges:

4.    On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant,

knowingly and intentionally attempted to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he attempted to kill a third uniformed NYPD officer ("Officer-3") who was on duty working as part of the joint FBI-NYPD operation to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Section 1114.)

### COUNT FIVE
### (Assault of Officers and Employees of the U.S. Government and Persons Assisting Them – Officer-1)

The Grand Jury further charges:

5.     On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with, and attempted to forcibly assault, resist, oppose, impede, intimidate, and interfere with, a person designated in Title 18, United States Code, Section 1114 while engaged in or on account of the

4

performance of official duties, to wit, an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, and in the commission of said offense, used a deadly or dangerous weapon (including a weapon intended to cause death or danger but that failed to do so by reason of a defective component) and inflicted bodily injury, to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he used a machete-style knife to attack and injure Officer-1, who was on duty working as part of the joint FBI-NYPD operation to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Sections 111(a)(1), (b).)

## COUNT SIX
**(Assault of Officers and Employees of the U.S. Government and Persons Assisting Them – Officer-2)**

The Grand Jury further charges:

6.   On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with, and attempted to forcibly assault, resist, oppose, impede, intimidate, and

interfere with, a person designated in Title 18, United States Code, Section 1114 while engaged in or on account of the performance of official duties, to wit, an officer and employee of the United States, while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, and in the commission of said offense, used a deadly or dangerous weapon (including a weapon intended to cause death or danger but that failed to do so by reason of a defective component) and inflicted bodily injury, to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he used a machete to attack and injure Officer-2, who was on duty working as part of the joint FBI-NYPD operation to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Sections 111(a)(1), (b).)

## COUNT SEVEN
### (Assault of Officers and Employees of the U.S. Government and Persons Assisting Them — Officer-3)

The Grand Jury further charges:

7.    On or about December 31, 2022, in the Southern District of New York and elsewhere, TREVOR THOMAS BICKFORD, the defendant, knowingly and intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with, and attempted

6

to forcibly assault, resist, oppose, impede, intimidate, and interfere with, a person designated in Title 18, United States Code, Section 1114 while engaged in or on account of the performance of official duties, to wit, an officer and employee of the United States, while such officer and employee was engaged in and on account of the performance of his official duties, and a person assisting such officer and employee in the performance of such duties and on account of that assistance, and in the commission of said offense, used a deadly or dangerous weapon (including a weapon intended to cause death or danger but that failed to do so by reason of a defective component) and inflicted bodily injury, to wit, BICKFORD sought to wage jihad by killing military-aged men working for the U.S. Government, and in carrying out that mission, he used a machete to attack and injure Officer-3, who was on duty working as part of the joint FBI-NYPD operation to provide protection to civilians during the New Year's Eve festivities around Times Square in Manhattan, New York.

(Title 18, United States Code, Sections 111(a)(1), (b).)

## FORFEITURE ALLEGATION

8.    As a result of committing the Federal crimes of terrorism alleged in Counts One through Four of this Indictment, TREVOR THOMAS BICKFORD, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), any and all assets,

foreign and domestic, of the defendant; any and all assets, foreign and domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating said offenses; any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing said offenses; and any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit said offenses, including but not limited to a sum of money in United States currency representing the total amount of the defendant's assets.

### Substitute Assets Provision

9.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred or sold to, or deposited with, a third person;
>
> c.    has been placed beyond the jurisdiction of the Court;
>
> d.    has been substantially diminished in value; or
>
> e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON
2/15/23

_____
DAMIAN WILLIAMS
United States Attorney

=================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

=================================

UNITED STATES OF AMERICA

- v. -

TREVOR THOMAS BICKFORD,

Defendant.

=================================

### INDICTMENT

23 Cr.

(18 U.S.C. §§ 111 and 1114.)

DAMIAN WILLIAMS
United States Attorney

Foreperson

2/15/23

Filed Indictment
Case assigned to Judge Castel

2/15/2023

Stewart D. Aaron
U.S.M.J.