

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2023

**BY ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *United States v. Trevor Thomas Bickford*, 23 Cr. 91 (PKC)

Dear Judge Castel:

The Government respectfully writes to confirm that the arraignment and initial pretrial conference in the above-captioned case has been scheduled for Thursday, February 23, 2023, at 2:00 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676