UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     23 CR 91 (PKC)

         -against-                              ORDER

TREVOR THOMAS BICKFORD,

                           Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Pre-trial conference is adjourned from April 20, 2023 to April 25, 2023 at 3:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    *P. Kevin Castel*
                                                  P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
          April 13, 2023