**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 24, 2023

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

DE 21 is terminated as moot.
SO ORDERED.
Dated: 4/25/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   **United States v. Trevor Bickford**
      **23 Cr. 91 (PKC)**

Dear Judge Castel:

    I am the attorney for Trevor Bickford, the defendant in the above-captioned case, and write to request a thirty-day adjournment of the upcoming conference, which is currently scheduled for April 25, 2023. Today, the defense received additional discovery and requires time to review it to determine the necessary motions in advance of the upcoming conference.

    Defense counsel has conferred with the Government and they have informed us as follows: "The Government's position is that the conference tomorrow can proceed as scheduled, and that any pretrial scheduling to be addressed at the conference can accommodate the need for defense counsel to continue review of discovery."

    The defense consents to the exclusion of time. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Jennifer Brown, Esq.
Clay Kaminsky, Esq.
Assistant Federal Defenders
Tel.: (917) 890-7612

cc:   AUSA Sarah Kushner (by ECF)
      AUSA Kaylan Lasky (by ECF)
      AUSA Matthew Hellman (by ECF)