**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 17, 2023

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

Application to cancel conference on October 19, 2023 is GRANTED.
SO ORDERED.
Dated: 10/17/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   **United States v. Trevor Bickford**
      **23 Cr. 91 (PKC)**

Dear Judge Castel:

     I am the attorney for Trevor Bickford, the defendant in the above-captioned case, and am writing to request that the Court cancel the upcoming conference, scheduled for October 19, 2023. Given the Court's decision and the Government's letter since the last conference, the defense no longer has any outstanding matters to raise with the Court and thus believes a conference to be unnecessary. Defense counsel has conferred with the Government and they have informed us that they take no position as to this application.

     Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Jennifer Brown, Esq.
Assistant Federal Defenders
Tel.: (917) 890-7612

cc:   AUSA Sarah Kushner (by ECF)
      AUSA Kaylan Lasky (by ECF)
      AUSA Matthew Hellman (by ECF)