# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 26, 2024

**BY ECF**

Sentencing is adjourned from April 11, 2024 to
May 9, 2024 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 3/26/2024

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
New York, New York 10007

P. Kevin Castel
United States District Judge

Re:   **United States v. Trevor Bickford**
       **23 Cr. 91 (PKC)**

Dear Judge Castel:

I am the attorney for Trevor Bickford, the defendant in the above-captioned case, and write to request a three-week adjournment of the upcoming sentencing proceeding, which is currently scheduled for April 11, 2024, as well as the accompanying sentencing submission filing deadlines. It is our understanding from Probation that they anticipate a final copy of the Pre-Sentence Report to be filed in early April. A three-week adjournment would allow sufficient time for the defense to review the final Pre-Sentence Report with Mr. Bickford in advance of sentencing. Moreover, the defense is still in the process of gathering documentation in preparation of sentencing and requires more time to do so.

I have conferred with AUSA Sarah Kushner and I understand that the government does not object to this three-week adjournment request. This is the first request for an adjournment of sentencing. Thank you for your consideration of this request.

Respectfully Submitted,

Marisa K. Cabrera, Esq.
Jennifer Brown, Esq.
Assistant Federal Defenders
Tel.: (917) 890-7612

cc:   AUSA Sarah Kushner (by ECF)
      AUSA Kaylan Lasky (by ECF)
      AUSA Matthew Hellman (by ECF)